JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| CLARENCE C. McKELRY, | Case No. 2:19-cv-07445-MWF (JDE) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| JAMES T. BUTTS, et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 2, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge